UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                    :

ANDRE JONES,                            :

                 Plaintiff,       :

                                   :         25-CV-08093 (JAV) (GS)

     -v-                     :

                                   :              ORDER

COMPASS GROUP USA, INC. d/b/a RESTAURANT  :
ASSOCIATES,                        :

                                 :

               Defendant.    :

                                 :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The parties shall submit a joint status report updating the Court on the status of the case

by May 1, 2026, and every 90 days thereafter.

      SO ORDERED.

Dated:  April 9, 2026
       New York, New York                         JEANNETTE A. VARGAS
                                         United States District Judge